IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

RONNIE D. STILWELL and COURTNEY )
STILWELL, )
 )
                      Plaintiffs, )
 )
   vs. )
 )
CITY OF WILLIAMS, et al., )
 )   No. 3:12-cv-8053-HRH
                      Defendants. )   [Prescott Division]
_____)

O R D E R

Motion to Compel Discovery[1]

Plaintiffs move to compel discovery (re Erin E. Byrnes). The motion is unopposed. See Order from Chambers (Oct. 9, 2012).[2]

The motion to compel the discovery of information is granted as to Items (1) through (4).[3] Production shall be made on or before November 26, 2012.

DATED at Anchorage, Alaska, this 2nd day of November, 2012.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 47.

[2]Docket No. 56.

[3]Motion to Compel Discovery at 1-2, Docket No. 47.

ORDER - Motion to Compel Discovery                                      - 1 -